

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINGH AMANPREET,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE; PATRICK DIVVER; KRISTI NOEM; PAMELA BONDI,<br><br>Respondent. | Case No.:  26cv0344 DMS DEB<br><br>**ORDER REQUIRING RESPONSE** |

On January 15, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before by **January 27, 2026**.  Petitioner shall file his reply on or before **February 2, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve

26cv0344 DMS DEB

the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  January 22, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv0344 DMS DEB